# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

CASE NO: _____

NAVIGANT CONSULTING, INC., a
Delaware corporation,

        Plaintiff,

vs.

NAVIGANT SYSTEMS, LLC, a Colorado limited liability company, and JOHN STEPHEN FORGY, a United States citizen,

        Defendant.

_____

## SUMMONS IN A CIVIL ACTION

To:   Navigant Systems, LLC
       15015 Juniper Court
       Golden, CO 80401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed.R.Civ.P. 12(1)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| MARSHALL GERSTEIN & BORUN, LLP<br>Maureen Beacom Gorman, Esq.<br>mgorman@marshallip.com<br>James E. Griffith, Esq.<br>jgriffith@marshallip.com<br>6300 Willis Tower<br>233 S. Wacker Drive<br>Chicago, Illinois 60606 | MARKUS WILLIAMS<br>YOUNG & ZIMMERMANN LLC<br>James T. Markus, #25065<br>Jennifer Salisbury, #37168<br>1700 Lincoln Street, Suite 4550<br>Denver, CO 80203<br>Tel.: (303) 830-0800<br>Fax: (303) 830-0809 |

{Z0070811/1 }

Tel: (312)474-6300                               jmarkus@markuswilliams.com
Fax: (312)474-0448                               jsalisbury@markuswilliams.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

               *CLERK OF THE COURT*

Date: _____              _____
               *Signature of Clerk or Deputy Clerk*