# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

CASE NO:     15-cv-02305-WYD-KMT

NAVIGANT CONSULTING, INC., a
Delaware corporation,

        Plaintiff,

vs.

NAVIGANT SYSTEMS, LLC, a Colorado limited liability company, and JOHN STEPHEN FORGY, a United States citizen,

        Defendant.

## SUMMONS IN A CIVIL ACTION

To:    Navigant Systems, LLC
        15015 Juniper Court
        Golden, CO 80401

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) - 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed.R.Civ.P. 12(1)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MARSHALL GERSTEIN & BORUN, LLP
Maureen Beacom Gorman, Esq.
mgorman@marshallip.com
James E. Griffith, Esq.
jgriffith@marshallip.com
6300 Willis Tower
233 S. Wacker Drive
Chicago, Illinois 60606

MARKUS WILLIAMS
YOUNG & ZIMMERMANN LLC
James T. Markus, #25065
Jennifer Salisbury, #37168
1700 Lincoln Street, Suite 4550
Denver, CO 80203
Tel.: (303) 830-0800
Fax: (303) 830-0809

{Z0070811/1 }

15-cv-02305-WYD-KMT

Tel: (312)474-6300  jmarkus@markuswilliams.com
Fax: (312)474-0448  jsalisbury@markuswilliams.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF THE COURT*

Date: __10/16/2015__         s/ J. Garcia-Gonzalez
                                            *Signature of Clerk or Deputy Clerk*